UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 16-14-DLB-CJS

UNITED STATES OF AMERICA                                                         PLAINTIFF

V.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

MEGAN ADAMS                                                                         DEFENDANT

\*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*

This matter is before the Court upon the February 15, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Megan Adams's supervised release and impose a sentence of nine (9) months incarceration, with credit to be given for time served since her detention, followed by a twenty-seven (27) month term of supervised release. (Doc. # 24). During the Final Revocation Hearing, conducted by Judge Smith on October 17, 2017 (Doc. # 21), the Defendant admitted to Violations 1, 4, and 5, as set forth in the August 31, 2017 Violation Report (Doc. # 16) and the October 2, 2017 Addendum. (Doc. # 19). At that time, the United States moved to dismiss Violations 2 and 3. (Doc. # 21).

Defendant having now executed a waiver of her right to allocution (Doc. # 25-1), and the indicating she does not object to the R&R (Doc. # 25), this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 24) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of her supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **nine (9) months**, credit to be given for time served since her detention on the charged violations, **with a twenty-seven (27) month term of supervised release to follow**;

(5) The Defendant's term of supervised release shall include all standard conditions, as well as the following additional conditions:

(a) The Defendant shall participate in any additional substance-abuse treatment program approved by the Probation Office, which may include substance-abuse testing, counseling, Residential Re-entry Center placement, residential or inpatient treatment. The Defendant shall participate in a mental-health evaluation and shall follow any recommendations of such and/or shall participate in a mental-health program approved by the Probation Office;

(b) The Defendant shall provide to the Probation Office, within seven (7) days of release from custody of the Bureau of Prisons, a written report, in a form the Probation Office directs, listing each and every prescription medication in Defendant's possession, custody, or control. The list shall include, but not be limited to, any prescription medication that contains a controlled substance and encompasses all

current, past, outdated, or expired prescription medications in Defendant's possession, custody, or control at the time of the report;

  (c) The Defendant shall notify the Probation Office immediately (within seventy-two (72) hours) if Defendant receives any prescription for a medication containing a controlled substance during the period of supervised release. Defendant shall provide the Probation Office such documentation and verification as the Probation Office may reasonably request and in a form the Probation Office directs;

  (d) The Defendant must comply strictly with the orders of any physician or other prescribing source with respect to use of all prescription medications;

  (e) The Defendant shall report any theft or destruction of her prescription medications to the Probation Office within seventy-two (72) hours of the theft or destruction; and

  (f) The Defendant shall participate in an outpatient and/or inpatient program for controlled-substance abuse, as directed by the Probation Office, until such time as the Defendant is released from any such program(s) by the Probation Office.

(6) The Defendant's confinement shall be served, if feasible, at the Bureau of Prisons approved facility closes to the Defendant's home in Southgate, Kentucky; and

(7) A Judgment shall be entered concurrently herewith.

This 2nd day of March, 2018.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2016\16-14 Order Adopting R&R re SRV.docx